IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL McCUNE,  )
　　　　　　　　　　　　　　)　2:11-cv-01699-GEB-KJN
　　　　Plaintiff,  )
　　　　　　　　　　　　　　)
　　v.  )　ORDER RE: SETTLEMENT AND
　　　　　　　　　　　　　　)　DISPOSITION
APRIA HEALTHCARE, INC., et al.,  )
　　　　　　　　　　　　　　)
　　　　Defendants.  )
_____)

　　　　Plaintiff filed a "Notice of Settlement" on August 18, 2011, in which he states, "the aforementioned matter . . . has been resolved" and requests "four to six weeks" to file a Stipulation for Dismissal. (ECF No. 8.)

　　　　Therefore, a dispositional document shall be filed no later than October 17, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

　　　　Further, the status (pretrial scheduling) conference scheduled for hearing on October 17, 2011, is continued to commence at 9:00 a.m. on November 28, 2011, in the event no dispositional document is filed,

1

or if this action is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  August 24, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2